UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN F. AUSLER,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES ROLLINS and PAMELA PRUITT,<br><br>    Defendants. | NO. CV-06-5082-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

    Magistrate Judge Hutton filed a Report and Recommendation on May 7, 2008, recommending that Defendants' Motion for Summary Judgment (Ct. Rec. 91) be granted and that Plaintiff's Amended Complaint (Ct. Rec. 13) be dismissed with prejudice. (Ct. Rec. 127.) On May 22, 2007, Plaintiff filed objections to the Report and Recommendation. (Ct. Rec. 128.) Defendants filed a response to Plaintiff's objections on May 30, 2008. (Ct. Rec. 132.) Plaintiff filed a reply on June 9, 2008. (Ct. Rec. 133.)

    Plaintiff alleges that his right of access to the courts was impeded by the actions of Defendants Pruitt and Rollins. (Ct. Rec. 13.) Plaintiff claims that Defendant Pruitt opened mail, containing a copy of his modified judgment and sentence outside of his presence, and forwarded it to Defendant Rollins who withheld it for fourteen (14) months allegedly causing Plaintiff's loss of a right

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

to appeal his 2001 criminal conviction. *Id.*

The magistrate judge correctly held that there are no facts presented demonstrating that Defendant Rollins purposefully withheld the July 23, 2003 order in order to impede Plaintiff's access to the courts or that Defendant Pruitt purposefully interfered with Plaintiff's mail in any way. (Ct. Rec. 127 at 11-12.) Moreover, as noted in the Report and Recommendation, a prisoner alleging a violation of his right of access to the courts must demonstrate that he has suffered "actual injury." *Lewis v. Casey*, 518 U.S. 343, 349-50 (1996). The facts show that even if Defendants Rollins and Pruitt intentionally interfered with Plaintiff's mail to purposefully impede his access to the courts, no actual injury occurred as a result of their actions. As indicated in the Report and Recommendation, the alleged actions of Defendants did not deprive Plaintiff of a meritorious claim. (Ct. Rec. 127 at 12-14.) Plaintiff failed to establish his denial of access to the court claims against Defendants Rollins and Pruitt.

Plaintiff also argues that Defendant Rollins violated his constitutional rights by quoting a passage from the Bible, which Plaintiff interpreted as a suggestion that Plaintiff should kill himself. (Ct. Rec. 13.) As indicated in the Report and Recommendation, the facts as alleged by Plaintiff regarding Defendant Rollin's behavior do not establish a constitutional violation. (Ct. Rec. 127 at 15.)

Finally, although the Court need not address Defendants' arguments that they are entitled to qualified immunity from this lawsuit, the Court additionally notes that the claims against Defendants are barred by qualified immunity. (Ct. Rec. 127 at 16-

ORDER ADOPTING REPORT AND RECOMMENDATION - 2

17.) Defendants did not violate any clearly established law of which a reasonable person would have known. Accordingly, as indicated in the Report and Recommendation, Defendants are entitled to qualified immunity in this case.

Having reviewed the May 7, 2008 Report and Recommendation (Ct. Rec. 127), Plaintiff's objections thereto (Ct. Recs. 128 & 133), and Defendants' response to Plaintiff's objections (Ct. Rec. 132), the Court agrees with the analysis used and conclusions reached by the Magistrate and hereby **adopts** the Magistrate's May 7, 2008 Report and Recommendation in its entirety.

Based on the forgoing, **IT IS HEREBY ORDERED:**

1. Defendants' Motion for Summary Judgment **(Ct. Rec. 91)** is **GRANTED**.

2. Plaintiff's amended complaint **(Ct. Rec. 13)** is **DISMISSED with prejudice**.

3. Judgment shall be entered for **Defendants.**

4. This file shall be **CLOSED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, and forward copies to Plaintiff and counsel for Defendants.

**DATED** this ___21st___ day of July 2008.

                                              S/ Edward F. Shea
                                              EDWARD F. SHEA
                                              UNITED STATES DISTRICT JUDGE

Q:\Civil\2006\06cv5082.Ausler.Ord.Adopt.R&R MSJ.wpd