AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOHN F. AUSLER,

                Plaintiff,

                v.

JAMES ROLLINS and PAMELA PRUITT,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-05082-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to *hearing* before the Court. The issues have been *heard* and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment shall be entered for the Defendants. Plaintiff's amended complaint is DISMISSED with prejudice.

This file shall be CLOSED.

July 21, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Pam Howard
*(By) Deputy Clerk*
Pam Howard